**S. CHANDLER VISHER** - S.B.N 52957
268 Bush Street #4500
San Francisco, CA 94194
Telephone: (415) 901-0500
chandler@visherlaw.com

BRIAN J. WANCA (*admitted pro hac vice*)
WALLACE C. SOLBERG (*admitted pro hac vice*)
**ANDERSON & WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: (847) 368-1500
bwanca@andersonwanca.com
wsolberg@andersonwanca.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MASRY, VARUN YADAV, EDWARD BRISCOE, JAMES HOLLAND, DON SILAS, and MATTHEW BOLLINGER, individually and as the representatives of classes of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>ZENLEADS, INC. d/b/a Apollo.io, a Delaware corporation,<br><br>Defendant. | CASE NO. 3:24-CV-07924-SK<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Magistrate Judge Sallie Kim<br><br>Courtroom C, 15th Floor<br><br>Complaint Filed:  November 12, 2024 |

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Omar Masry, Varun Yadav, Edward Briscoe, James Holland, Don Silas, and Matthew Bollinger ("Plaintiffs") and Defendant Zenleads, Inc. ("Defendant"), through their undersigned attorneys, jointly stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of this action without prejudice, each party to bear its own attorneys' fees, costs and expenses.

**IT IS SO STIPULATED AND AGREED.**

Dated: September 17, 2025

By: */s/ Wallace C. Solberg*
Wallace C. Solberg (*pro hac vice*)
wsolberg@andersonwanca.com
Brian J. Wanca
bwanca@andersonwanca.com
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, Illinois 60008
Telephone: (847) 368-1500

S. Chandler Visher (SBN 52957)
chandler@visherlaw.com
268 Bush St., #4500
San Francisco, CA  94104

*Counsel for Plaintiffs*

Dated: September 17, 2025

By: */s/ Kelsey Harclerode (with permission)*
Kelsey Harclerode (SBN 313976)
kelsey@zwillgen.com
**ZWILLGEN PLLC**
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 706-5225

*Counsel for Defendant*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: */s/ Wallace C. Solberg*
Wallace C. Solberg

**ORDER**

Pursuant to stipulation, the Court HEREBY GRANTS the parties' stipulation to dismiss. This case is hereby dismissed without prejudice, each party to bear its own attorneys' fees, costs and expenses.

**IT IS SO ORDERED.**

Dated: September 17, 2025

Honorable Sallie Kim
United States Magistrate Judge